IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23cv511-GCM

| | |
|---|---|
| CARMEN ELLIOTT, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| STATE EMPLOYEES CREDIT UNION, ) | |
| Defendant. ) | |

This matter is before the court upon its own motion. The Plaintiff filed this Complaint on August 14, 2023. It appears to the Court that Defendant has not been served within the time period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, nor has Plaintiff moved to extend the time for service.

IT IS THEREFORE ORDERED that the Plaintiff is hereby directed to show cause why this action should not be dismissed without prejudice for failure to serve Defendants within the time period prescribed by Rule 4(m). The Plaintiff is directed to make such a showing no later than 14 days from the date of filing of this Order.

Signed: March 21, 2024

Graham C. Mullen
United States District Judge