IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23cv511-GCM

| CARMEN ELLIOTT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| STATE EMPLOYEES CREDIT UNION, | ) | |
| Defendant. | ) | |

This matter is before the court upon its own motion. The pro se Plaintiff filed this Complaint on August 14, 2023. Plaintiff filed an amended motion to proceed in forma pauperis, which the Court granted on September 6, 2023. (Doc. No. 5). That Order directed the U.S. Marshal to effectuate service on the Defendant. However, Defendant has not been served within the time period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that the time for service of the summons and complaint is hereby extended under Rule 4(m) and the U.S. Marshal is hereby directed to effectuate service on the Defendant State Employees Credit Union within 90 days of the date of this Order.

Signed: April 10, 2024

Graham C. Mullen
United States District Judge