IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23CV511-GCM

| CARMEN ELLIOTT, | ) |  |
|---|---|---|
| **Plaintiff,** | ) |  |
| v. | ) | **ORDER** |
| STATE EMPLOYEES' CREDIT UNION., | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint. The *pro se* Plaintiff filed a complaint against the Defendant on August 14, 2023. The Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on April 30, 2024. On May 28, the Court sent a *Roseboro* Order to the Plaintiff, setting a response deadline of July 10, 2024. The Plaintiff failed to respond.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Dismiss is hereby **GRANTED** and the Plaintiff's complaint is dismissed with prejudice.

**SO ORDERED.**

Signed: July 18, 2024

Graham C. Mullen
United States District Judge